IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Alexander, William Ronald | Case Number: 04 B 26273 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 7/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: April 30, 2008
Confirmed: September 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,520.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 17,651.73 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.00 |
| Trustee Fee: | | 1,074.27 |
| Other Funds: | | 0.00 |
| Totals: | 20,520.00 | 20,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard E Sexner | Administrative | 1,794.00 | 1,794.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Unsecured | 450.00 | 446.77 |
| 4. | ECast Settlement Corp | Unsecured | 1,727.83 | 1,832.70 |
| 5. | Capital One | Unsecured | 2,591.71 | 2,749.02 |
| 6. | Resurgent Capital Services | Unsecured | 3,760.48 | 3,988.72 |
| 7. | RoundUp Funding LLC | Unsecured | 4,470.30 | 4,741.62 |
| 8. | Capital One | Unsecured | 3,670.14 | 3,892.90 |
| 9. | Homeside Lending Inc | Secured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Household Credit Services | Unsecured | | No Claim Filed |
| 12. | Sam's Club | Unsecured | | No Claim Filed |
| | | | $ 18,464.46 | $ 19,445.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 296.40 |
| 4% | 68.38 |
| 3% | 51.31 |
| 5.5% | 282.16 |
| 5% | 85.50 |
| 4.8% | 164.16 |
| 5.4% | 126.36 |
| | $ 1,074.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, William Ronald | Case Number:  04 B 26273 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  7/15/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

